UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-24584-KMM

NICHOLAS PAGAN,

      Plaintiff,

vs.

Compassionate Healthcare of Florida LLC.,

      Defendant.
_____/

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement. Pursuant to Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012), this stipulation for dismissal is self-executing.

Dated this 18th day of March, 2025.

Respectfully submitted,

| /s/Alberto R. Leal, Esq. | /s/Todd W. Shulby, Esq. |
|---|---|
| Alberto R. Leal, Esq. | Todd W. Shulby, Esq. |
| Alberto R. Leal, Esq., P.A. | Todd W. Shulby, P.A. |
| 8927 Hypoluxo Rd., #157 | 1792 Bell Tower Lane |
| Lake Worth, FL 33467 | Weston, Florida 33326 |
| Telephone: (954) 637-1868 | Telephone: (954) 530-2236 |
| E-mail: albertolealesq@gmail.com | Facsimile: (954) 530-6628 |
| Florida Bar No.: 1002345 | E-mail: tshulby@shulbylaw.com |
| Counsel for Plaintiff | Florida Bar No. 068365 |
| | Counsel for Defendant |